# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KHIRI DANIELS

NO. 2021 KW 0073

MARCH 15, 2021

---

In Re: Khiri Daniels, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR-132313.

---

BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.

**WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT